IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

UNITED STATES OF AMERICA,       :
:
:
:
:
:
:
:
:
v.       :       CRIMINAL ACTION NO.
:       1:20-CR-00438-LMM-RDC-1
:
RICHARD THOMPSON,       :
:
:
Defendant.       :

## **ORDER**

This matter is before the Court on the Magistrate Judge's Report and

Recommendation ("R&R") [36]. No objections have been filed in response to the

Magistrate's Report and Recommendation. Therefore, in accordance with 28

U.S.C. § 636(b)(1) and Rule 72 of the Federal Rules of Civil Procedure, the Court

has reviewed the Magistrate's Recommendation for clear error and finds none.

Accordingly, the Court **ADOPTS** the Magistrate Judge's Report and

Recommendation as the opinion of the Court:

Defendant's Motion to Dismiss Counts 14–24 of the Indictment, Dkt. No.

[28], is **DENIED**.

The trial in this action is hereby set to begin on **Tuesday, February 15,**

**2022 at 9:30 A.M.** in Courtroom 2107. The pretrial conference will be held on

Wednesday, February 2, 2022 at 2:00 P.M. in Courtroom 2107. By noon on Wednesday, January 19, 2022, the parties are to file the following: motions *in limine* and proposed *voir dire* questions. By noon on Wednesday, January 19, 2022, the Government must file a brief summary of the indictment that the parties can rely on for *voir dire*. By noon on Wednesday, January 26, 2022, the parties are to file responses to motions *in limine* and any objections and to those items listed above.

Excludable time is allowed through February 15, 2022, pursuant to 18 U.S.C. § 3161 (h)(7)(A) and (B)(iv), to give counsel for Defendant and the Government the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds that the ends of justice served outweigh the best interest of the public and the Defendant in a speedy trial and are consistent with both the best interest of the public and individual justice in this matter.

**IT IS SO ORDERED** this _8th_ day of October, 2021.

_____
**Leigh Martin May**
**United States District Judge**